UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RUIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>            Defendant. | Case No.  2:23-cv-02945-JDP (SS)<br><br>**ORDER**<br><br>DIRECTING THE CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS MATTER<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT THE COMMISSIONER'S MOTION TO REMAND BE GRANTED<br><br>ECF No. 8<br><br>OBJECTIONS DUE WITHIN FOURTEEN DAYS |

   The Commissioner has voluntarily moved to remand this action for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 8.  Plaintiff has not filed an opposition to this motion.

   Accordingly, it is hereby ORDERED that the Clerk of Court randomly assign a district judge to this matter.

   Further, it is hereby RECOMMENDED that:

   1. The Commissioner's motion to remand, ECF No. 8, be granted.

2. The Clerk of Court be directed to enter a final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner.

3. The Clerk of Court be directed to close this matter.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be served and filed within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   April 16, 2024                                        

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE