UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.  2:23-cv-02945-KJM-JDP (SS)<br><br>ORDER |

On April 16, 2024, the magistrate judge filed findings and recommendations, which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. No objections were filed.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 16, 2024, are ADOPTED;
2. The Commissioner's motion to remand, ECF No. 8, is granted;
3. The Clerk of Court is directed to enter a final judgment in favor of plaintiff and against defendant, reversing the final decision of the Commissioner; and
4. The Clerk of Court is directed to close this matter.

DATED: February 20, 2025.

UNITED STATES DISTRICT JUDGE